DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Miglino, Donna Marie and
MIGLINO, FRANCIS LOUIS

Case No. 10-00890-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $66.90, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Miglino, Donna Marie and MIGLINO, FRANCIS LOUIS | 110 W. 6th Ave #225 Ellensburg, WA 98926 | $66.90 |

Dated: September 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875092    10-1-10                $66.90